IN THE
UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| BMG MUSIC, A NEW YORK GENERAL PARTNERSHIP; ET AL.,<br><br>Plaintiff/Petitioner<br><br>VS.<br>LEAH MOBLEY<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO: **3:07CV14-MEF**<br><br>DECLARATION OF SERVICE OF:<br>NOTICE TO DEFENDANT; SUMMONS; COMPLAINT FOR COPYRIGHT INFRINGEMENT; EXHIBITS; CORPORATE DISCLOSURE STATEMENT; REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL RE A COPYRIGHT |

RECEIVED
2007 APR 18 P 12: 31
CKETT, CLK
DISTRICT COURT
MIDDLE DISTRICT ALA

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **9th day of April, 2007, at 4:57 PM**, at the address of **1960 LEE ROAD 137 LOT 512, AUBURN**, **Lee** County, **AL 36832**; this declarant served the above described documents upon **LEAH MOBLEY**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **LEAH MOBLEY, A white female approx. 21-25 years of age 5'2"-5'4" in height weighing 100-120 lbs with brown hair**.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of **Alabama** that the statement above is true and correct.

DATED this **10th day of April, 2007**.

_____
Daniel Johnson, AL

| | | |
|---|---|---|
| ABC's Client Name<br>**Holme, Roberts & Owen RIAA (PFI)**<br>**Leah Mobley** | ORIGINAL PROOF OF SERVICE | ABC Tracking #: **4220580** |