**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

May 9, 2007

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style:   BMG Music et al v. Mobley**

**Case Number:   3:07cv00014-MEF**

**This Notice of Correction was filed in the referenced case this date to correct the PDF document previously attached to include a certificate of service.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 5   filed on   May 7, 2007.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BMG MUSIC, a New York general partnership; MAVERICK RECORDING COMPANY, a California joint venture; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; VIRGIN RECORDS AMERICA, INC., a California corporation; UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; CAPITOL RECORDS, INC., a Delaware corporation; and MOTOWN RECORD COMPANY, L.P., a California limited partnership,<br><br>        Plaintiffs,<br><br>vs.<br><br>LEAH MOBLEY,<br><br>        Defendant. | Civil Action No.: 3:07-cv-00014-MEF-WC |

## REQUEST TO ENTER DEFAULT

TO THE CLERK OF THE COURT:

Plaintiffs hereby request that the Clerk enter default in this matter against Defendant on the ground that Defendant has failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure. Declaration of Kelly F. Pate ¶ 5.

Plaintiffs served the Summons and Complaint on Defendant on April 9, 2007, by personal service, as evidenced by the proof of service on file with this Court. Id. ¶ 2. Neither Plaintiffs nor the Court have granted Defendant any extensions of time to respond to the Complaint. Id. ¶ 4. Plaintiffs are informed and believe that Defendant is not an infant or incompetent person or in the military service. Id. ¶¶ 6-7.

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED: May 7, 2007 | s/Kelly F. Pate |
|  | Dorman Walker (Bar # WAL086) |
|  | Kelly F. Pate (Bar # FIT014) |
|  | BALCH & BINGHAM LLP |
|  | 105 Tallapoosa St., Suite 200 |
|  | P.O. Box 78 (36101-0078) |
|  | Montgomery, Alabama 36104 |
|  | Telephone: (334) 269-3130 |
|  | Fax: (334) 313-6056 |

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing and/or that a copy of the foregoing has been served upon the following by United States Post Office depository on the 7th day of May, 2007.

Leah Mobley
1960 Lee Road 137, Lot 512
Auburn, Alabama 36832

/s/Kelly F. Pate
Of Counsel