IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| BMG MUSIC, a New York general partnership; MAVERICK RECORDING COMPANY, a California joint venture; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; VIRGIN RECORDS AMERICA, INC., a California corporation; UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; CAPITOL RECORDS, INC., a Delaware corporation; and MOTOWN RECORD COMPANY, LP, a California limited partnership,<br><br>    Plaintiffs,<br><br>v.<br><br>LEAH MOBLEY,<br><br>    Defendant. | Civil Action No. 3:07-cv-14-MEF-WC |

## ENTRY OF DEFAULT

It appearing that defendant, Leah Mobley, was duly served with a copy of the summons and complaint on April 9, 2007, by personal service, and said defendant has failed to answer or otherwise defend this action as set out in the affidavit of plaintiffs' attorney filed herein on May 7, 2007, as required by law.

DEFAULT is hereby entered against defendant, Leah Mobley.

DONE THIS  24th   day of   May  , 2007.

/s/ Debra P. Hackett
_____
DEBRA P. HACKETT
CLERK, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA