IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BMG MUSIC, a New York general partnership; MAVERICK RECORDING COMPANY, a California joint venture; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; VIRGIN RECORDS AMERICA, INC., a California corporation; UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; CAPITOL RECORDS, INC., a Delaware corporation; and MOTOWN RECORD COMPANY, L.P., a California limited partnership, <br><br>    Plaintiffs, <br><br> vs. <br><br> LEAH MOBLEY, <br><br>    Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.: 3:07-cv-00014-MEF-WC |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(i), Plaintiffs BMG MUSIC, *et al.*, by and through their attorneys, voluntarily dismiss this case with prejudice, each party to bear its/her own fees and costs.

The Clerk of Court is respectfully requested to close this case.

181862.1

Respectfully submitted,

DATED: June 13, 2007

s/Joseph Seawell Moore
Dorman Walker (Bar # WAL086)
Kelly F. Pate (Bar # FIT014)
Joseph Seawell Moore (Bar # MOO106)
BALCH & BINGHAM LLP
105 Tallapoosa St., Suite 200
P.O. Box 78 (36101-0078)
Montgomery, Alabama 36104
Telephone: (334) 269-3130
Fax: (334) 313-6056

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **NOTICE OF DISMISSAL WITH PREJUDICE** has been served using the CM/ECF system, which will send notification of such filing to the following on this 13th day of June, 2006:

Leah Mobley
1960 Lee Road 137
Lot 512
Auburn, AL  36832

s/Joseph Seawell Moore
Of Counsel

181862.1