**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 14, 2007

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style:   BMG Music et al v. Mobley

Case Number:   3:07cv00014-MEF

**This Notice of Correction was filed in the referenced case this date to correct the PDF document previously attached.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 10   filed on   June 13, 2007.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BMG MUSIC, a New York general partnership; MAVERICK RECORDING COMPANY, a California joint venture; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; VIRGIN RECORDS AMERICA, INC., a California corporation; UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; CAPITOL RECORDS, INC., a Delaware corporation; and MOTOWN RECORD COMPANY, L.P., a California limited partnership,<br><br>      Plaintiffs,<br><br>vs.<br><br>LEAH MOBLEY,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.: 3:07-cv-00014-MEF-WC<br>)<br>)<br>)<br>) |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(i), Plaintiffs BMG MUSIC, *et al.*, by and through their attorneys, voluntarily dismiss this case with prejudice, each party to bear its/her own fees and costs.

The Clerk of Court is respectfully requested to close this case.

181862.1

Respectfully submitted,

DATED: June 13, 2007

s/Joseph Seawell Moore
Dorman Walker (Bar # WAL086)
Kelly F. Pate (Bar # FIT014)
Joseph Seawell Moore (Bar # MOO106)
BALCH & BINGHAM LLP
105 Tallapoosa St., Suite 200
P.O. Box 78 (36101-0078)
Montgomery, Alabama 36104
Telephone: (334) 269-3130
Fax: (334) 313-6056

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **NOTICE OF DISMISSAL WITH PREJUDICE** has been served using the CM/ECF system, which will send notification of such filing to the following on this 13th day of June, 2006:

> Leah Mobley
> 1960 Lee Road 137
> Lot 512
> Auburn, AL  36832

s/Joseph Seawell Moore
Of Counsel

181862.1